UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ROSA GANDIA,                                                08CV4936(AKH)

                              Plaintiff(s),        **NOTICE OF APPEARANCE**

                -against-

100 CHURCH LLC, et al.,

                              Defendants.


     **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**, in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
        August 10, 2008

                            Yours etc.,

                            HARRIS BEACH PLLC
                            *Attorneys for Defendant*
                            **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON**

                                  /s/
                            Stanley Goos, Esq. (SG-7062)

100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on August 10, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    Notice of Appearance (of Defendants Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, As Tenants in Common.

Dated: August 10, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)