KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MPM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
ROSA GANDIA,                          DOCKET NO.:
                                      08 CV 4936

                **Plaintiff,**

    -against-

100 CHURCH, LLC., 80 LAFAYETTE
ASSOCIATES, LLC., AMBIENT GROUP,
INC., B.R. FRIES & ASSOCIATES, INC., BLUE
MILLENNIUM REALTY LLC, CENTURY 21, INC.,    NOTICE OF
CUNNINGHAM DUCT CLEANING CO.,               APPEARANCE
INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
GREENWICH COURT CONDOMINIUM
ASSOCIATION CORP., GRUBB & ELLIS
MANAGEMENT SERVICES, HILLMAN
ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING P.C., MAYORE
ESTATES, LLC, MAYORE ESTATES LLC
AND 80 LAFAYETTE ASSOCIATION LLC
AS TENANTS IN COMMON, MERRILL LYNCH
& CO., INC., STONER AND COMPANY, INC.,
TRC ENGINEERS, INC., and ZAR REALTY
MANAGEMENT, CORP., et al.

                **Defendants.**
------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

## CUNNINGHAM DUCT WORK s/h/i/a
## CUNNINGHAM DUCT CLEANING CO., INC.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 28, 2008

<div style="margin-left:3em">

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING**
**CO., INC.**,
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
(212) 482-0002
**RK&T File No. 824.078**

</div>

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **ROSA GANDIA**
      115 Broadway 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**ROSA GANDIA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**